**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   NICHOLAS ALFRED                              Case No.: 08-07454

         Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/28/2008.

2) This case was confirmed on 06/02/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/15/2008, 02/08/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/06/2010, 08/05/2010, 08/10/2010.

5) The case was dismissed on 08/23/2010.

6) Number of months from filing to the last payment: 26

7) Number of months case was pending: 32

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    18,050.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 9,210.00 |
| Less amount refunded to debtor | $ 20.00 |
| **NET RECEIPTS** | $ 9,190.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 665.52 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,165.52 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE | UNSECURED | 1,016.00 | 1,022.20 | 1,022.20 | 330.08 | .00 |
| CAPITAL ONE | UNSECURED | 3,662.00 | 3,691.84 | 1,301.69 | 416.54 | .00 |
| CAPITAL ONE | UNSECURED | 1,450.00 | 1,461.93 | 515.44 | 164.94 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 459.18 | 414.08 | 146.00 | 46.72 | .00 |
| FIRST PREMIER | UNSECURED | 459.00 | NA | NA | .00 | .00 |
| SEARS | UNSECURED | 4,588.63 | NA | NA | .00 | .00 |
| ILLINOIS SECRETARY O | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| VATIV RECOVERY SOLUT | UNSECURED | 816.56 | 816.56 | 287.91 | 92.13 | .00 |
| BUDGET COUNSELORS CR | UNSECURED | 195.00 | NA | NA | .00 | .00 |
| CHASE MANHATTAN BANK | UNSECURED | 816.56 | NA | NA | .00 | .00 |
| CDA PONTIAC | UNSECURED | 1,539.00 | 2,882.00 | .00 | .00 | .00 |
| EMERGENCY MEDICINE S | UNSECURED | 418.00 | NA | NA | .00 | .00 |
| GOTTLIEB MEMORIAL HO | UNSECURED | 249.99 | NA | NA | .00 | .00 |
| EMERGENCY MEDICINE S | UNSECURED | 925.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 517.62 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | NA | NA | NA | .00 | .00 |
| WORLDCOM WIRELESS | UNSECURED | 3,614.34 | NA | NA | .00 | .00 |
| CITIBANK/SEARS | UNSECURED | NA | NA | NA | .00 | .00 |
| SHERMAN AQUISITION L | UNSECURED | 785.17 | 785.17 | 785.17 | 253.55 | .00 |
| COMCAST | UNSECURED | NA | NA | NA | .00 | .00 |
| SHERMAN ACQUISITION | UNSECURED | 785.17 | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 2,789.72 | NA | NA | .00 | .00 |
| DISCOVER | UNSECURED | 2,691.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| JC PENNEY | UNSECURED | NA | NA | NA | .00 | .00 |
| ADVOCATE BETHANY HOS | UNSECURED | 1,723.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 574.09 | 584.72 | 584.72 | 188.83 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,570.00 | NA | NA | .00 | .00 |
| HFC USA/BENEFICIAL | UNSECURED | 3,166.64 | NA | NA | .00 | .00 |
| HFC USA/BENEFICIAL | UNSECURED | 3,166.00 | NA | NA | .00 | .00 |
| MIDWEST EMERGENCY AS | UNSECURED | 552.00 | NA | NA | .00 | .00 |
| U OF I ER | UNSECURED | 160.00 | NA | NA | .00 | .00 |
| UNIV OF ILL RADIOLOG | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| FIRST CHICAGO BANK R | UNSECURED | 707.00 | NA | NA | .00 | .00 |
| B-REAL LLC | UNSECURED | 370.45 | 370.45 | 370.45 | 119.62 | .00 |
| UNIV OF ILL RADIOLOG | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| ILLINOIS VEHICLE SAF | UNSECURED | 2,500.00 | NA | NA | .00 | .00 |
| G REZA NAZARIAN MD | UNSECURED | 205.00 | NA | NA | .00 | .00 |
| G REZA NAZARIAN MD | UNSECURED | 195.00 | NA | NA | .00 | .00 |
| SEARS ROEBUCK & CO | UNSECURED | 684.00 | NA | NA | .00 | .00 |
| SKO BRENNER AMERICAN | UNSECURED | 45.85 | NA | NA | .00 | .00 |
| RADIOLOGY IMAGING CO | UNSECURED | 196.00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 197.26 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 4,196.00 | NA | NA | .00 | .00 |
| CHASE MANHATTAN BANK | UNSECURED | 816.00 | NA | NA | .00 | .00 |
| U HAUL | UNSECURED | 90.00 | NA | NA | .00 | .00 |
| EMS | UNSECURED | 395.00 | NA | NA | .00 | .00 |
| CHASE MANHATTAN BANK | UNSECURED | 816.56 | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 2,691.72 | 2,691.72 | 2,691.72 | 869.21 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | NA | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 519.00 | 169.78 | 169.78 | 54.85 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | NA | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | NA | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | NA | NA | NA | .00 | .00 |
| TRUMAN COLLEGE | UNSECURED | 1,248.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 735.00 | 624.79 | 220.31 | 70.50 | .00 |
| TCF NATIONAL BANK | UNSECURED | NA | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 4,673.00 | 4,705.88 | 4,705.88 | 1,519.66 | .00 |
| SAMS CLUB | UNSECURED | 582.00 | NA | NA | .00 | .00 |
| LVNV FUNDING LLC | UNSECURED | 4,481.09 | NA | NA | .00 | .00 |
| COM ED | UNSECURED | 1,547.03 | NA | NA | .00 | .00 |
| SAMS CLUB | UNSECURED | 375.76 | NA | NA | .00 | .00 |
| SPIEGEL | UNSECURED | NA | NA | NA | .00 | .00 |
| SPIEGEL | UNSECURED | NA | NA | NA | .00 | .00 |
| CHASE MANHATTAN BANK | UNSECURED | 816.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 742.05 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 104.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AT&T | UNSECURED | 104.86 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 952.23 | NA | NA | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 459.18 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 788.45 | NA | NA | .00 | .00 |
| CHASE MANHATTAN BANK | UNSECURED | 256.59 | NA | NA | .00 | .00 |
| SEARS | UNSECURED | 4,593.12 | NA | NA | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | 2,317.75 | NA | NA | .00 | .00 |
| AT & T | UNSECURED | 104.86 | NA | NA | .00 | .00 |
| SEARS | UNSECURED | 4,731.34 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 785.17 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1,318.71 | NA | NA | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 10.00 | 10.00 | .00 |
| CCM PEDIATRIC NEONAT | UNSECURED | NA | NA | NA | .00 | .00 |
| CITY OF CHICAGO EMS | UNSECURED | 416.00 | NA | NA | .00 | .00 |
| CCM PEDIATRIC NEONAT | UNSECURED | 235.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,522.56 | 2,021.22 | 2,021.22 | 652.70 | .00 |
| CREDIT UNION 1 | UNSECURED | 1,568.12 | 1,563.07 | 1,563.07 | 235.15 | .00 |
| BETHANY HOSPITAL | UNSECURED | 1,539.00 | NA | NA | .00 | .00 |
| BETHANY HOSPITAL | UNSECURED | 1,343.00 | NA | NA | .00 | .00 |
| SPRINT COMMUNICATION | UNSECURED | 370.45 | NA | NA | .00 | .00 |
| FCNB | UNSECURED | 816.56 | NA | NA | .00 | .00 |
| FIRST PREMIER | UNSECURED | 414.08 | NA | NA | .00 | .00 |
| SEARS | UNSECURED | 4,437.89 | NA | NA | .00 | .00 |
| FIRST PREMIERE BANK | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| FIRST PREMIERE BANK | UNSECURED | 178.00 | NA | NA | .00 | .00 |
| HARRIS BANK | UNSECURED | 304.30 | NA | NA | .00 | .00 |
| HOUSEHOLD FINANCE CO | OTHER | NA | NA | NA | .00 | .00 |
| HOUSEHOLD FINANCE | UNSECURED | 2,981.58 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF EMP | UNSECURED | 294.75 | NA | NA | .00 | .00 |
| LASALLE BANK | UNSECURED | 198.00 | NA | NA | .00 | .00 |
| LOYOLA HOSPITAL | UNSECURED | 3,200.45 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 4,731.37 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 861.59 | NA | NA | .00 | .00 |
| SHERMAN ACQUISITION | UNSECURED | 785.17 | NA | NA | .00 | .00 |
| AMERITECH CONSUMER | UNSECURED | 624.79 | NA | NA | .00 | .00 |
| NATIONAL ASSET RECOV | UNSECURED | 79.95 | NA | NA | .00 | .00 |
| NATIONAL ASSET RECOV | UNSECURED | 87.82 | NA | NA | .00 | .00 |
| HOUSEHOLD FINANCIAL | UNSECURED | 3,166.64 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,438.45 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 960.13 | NA | NA | .00 | .00 |
| GE CONSUMER FINANCE | UNSECURED | 118.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 2,373.63 | NA | NA | .00 | .00 |
| NO IL EMERG & OCCUP | UNSECURED | 172.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NORTHERN IL EMERG & | UNSECURED | 172.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1,003.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2,631.01 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1,080.79 | NA | NA | .00 | .00 |
| SHERMAN ACQUISITION | UNSECURED | 4,960.97 | NA | NA | .00 | .00 |
| LVN FUNDING LLC | UNSECURED | 581.67 | NA | NA | .00 | .00 |
| NORTHSTAR LOCATION S | UNSECURED | 553.59 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 10.00 | 10.00 | .00 |
| **TOTAL PRIORITY:** | 10.00 | 10.00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 16,385.56 | 5,014.48 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,165.52 |
| Disbursements to Creditors | $ | 5,024.48 |
| **TOTAL DISBURSEMENTS:** | $ | 9,190.00 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   11/22/2010                          /s/ Tom Vaughn
                                             Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**